

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-25-00382-CV

_____

JERALD MILLER, APPELLANT

V.

ROBERT'S PAINT & BODY LLC, ROBERTO NERIO,
AND BERTHA NERIO, APPELLEES

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-358428-24, Honorable Lee Gabriel, Presiding

April 30, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Jerald Miller, proceeding pro se, appeals from the trial court's judgment.[1]  Appellant's brief was due March 23, 2026, but was not filed.  By letter of March 30, 2026, we notified Appellant that the appeal was subject to dismissal for want

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

of prosecution, without further notice, if a brief was not received by April 9, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam